

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07
```

August 20, 2007

**By Facsimile**
Honorable John G. Koeltl
U.S. District Court
500 Pearl Street
New York, New York 10007
(212) 805-7912

**APPLICATION GRANTED**
**SO ORDERED**

8/21/07

John G. Koeltl, U.S.D.J.

Re:  **United States v. Arnold Dalisay**,
     07 Civ. 2753
     03 Cr. 1305

Dear Judge Koeltl:

The Government respectfully requests an extension from August 24, 2007 to September 23, 2007 to file the Government's response to defendant Arnold Dalisay's submission to the Court, pursuant to 28 U.S.C. § 2255. This extension is necessary because another Assistant United States Attorney, Michael Rosensaft, is being assigned to handle this matter and needs additional time to prepare the response.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rita M. Glavin
Assistant U.S. Attorney
(212) 637-2208

cc:  Arnold Dalisay, #56269-054
     Low Sec. Corr. Inst. – Allenwood
     P.O. Box 1000
     White Deer, PA 17887-1000