UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ARNOLD DALISAY,

                       Petitioner,      07 Civ. 2753 (JGK)
                                             03 Cr. 1305 (JGK)
      - against -
                                                  ORDER
UNITED STATES OF AMERICA

                       Respondent.
_____

JOHN G. KOELTL, District Judge:

    In its opposition to the petitioner's motion pursuant to 28 U.S.C. § 2255, the Government indicates that the petitioner's prior counsel expects to file an affidavit by sometime in November. In his reply, the petitioner contends that the Court should not decide the current application before receiving an affidavit from his prior counsel. The Court will await the submission of an affidavit from the petitioner's prior counsel which should be submitted by **November 21, 2007**. The petitioner may submit and further response by **December 7, 2007**.

SO ORDERED.

Dated: New York, New York
       October 29, 2007

                                                _____
                                                  John G. Koeltl
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08