UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARNOLD DALISAY,

                  Petitioner,              07 CIVIL 2753 (JGK)

    -against-                           **JUDGMENT**

UNITED STATES OF AMERICA,
                 Respondent.
-----------------------------------------------------------X

A petition for habeas corpus pursuant to 28 U.S.C. § 2255 having been submitted to the Honorable John G. Koeltl, United States District Judge, and the Court, on April 21, 2008, having rendered its Memorandum Opinion and Order denying and dismissing the petition, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 21, 2008, the petition is denied and dismissed; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

DATED: New York, New York
           April 24, 2008

                                              J. MICHAEL McMAHON
                                                 Clerk of Court
                          BY:
                                                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____